1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDNA WAI
                         Plaintiff,                  No. 2:11-cv-01782-GEB-KJN PS
11
                  vs.
12
     DEVELOPMENTAL DISABILITIES
13   SERVICE ORGANIZATION, INC.; and
     DOES 1-10, inclusive,
14
                         Defendants.                 ORDER
15
     _____/
16

17            Plaintiff Edna Wai (the "plaintiff") is proceeding without counsel in this action.[1]

18   This case is currently set for a status (pretrial scheduling) conference on December 1, 2011.

19   (Dkt. No. 3.)  Along with the parties' joint status report, which must be filed no later than seven

20   days prior to the status (pretrial scheduling) conference, all parties must *also* file completed

21   "Consent to / Decline of Jurisdiction of US Magistrate Judge" forms.  (Dkt. No. 3 at 2-3; Dkt.

22   No. 3-1.)  These forms can be obtained from the Clerk's Office or, alternatively, can be printed

23   from the court's electronic docket in this case at Docket Number 3-1.

24            Without the parties' "Consent to / Decline of Jurisdiction of US Magistrate

25   _____

26        [1]  This proceeding was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and
     Local Rule 302(c)(21).

                                                    1

1   Judge" forms, the proper trial judge cannot be determined and the case cannot be properly set for

2   trial.[2]  A party's failure to timely file completed "Consent to / Decline of Jurisdiction of US

3   Magistrate Judge" forms may subject that party to sanctions.

4   ////

5   ////

6   ////

7   ////

8   ////

9   ////

10   ////

---

12   [2]  Eastern District Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  Moreover, Eastern District Local Rule 183(a) provides, in part:

> Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure, these Rules, and all other applicable law.  All obligations placed on "counsel" by these Rules apply to individuals appearing in propria persona.  Failure to comply therewith may be ground for dismissal . . . or any other sanction appropriate under these Rules.

See also King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants.").  Case law is in accord that a district court may impose sanctions, *including involuntary dismissal of a plaintiff's case* pursuant to Federal Rule of Civil Procedure 41(b), where that plaintiff fails to prosecute his or her case or fails to comply with the court's orders, the Federal Rules of Civil Procedure, or the court's local rules.  See Chambers v. NASCO, Inc., 501 U.S. 32, 44 (1991) (recognizing that a court "may act *sua sponte* to dismiss a suit for failure to prosecute"); Hells Canyon Preservation Council v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005) (stating that courts may dismiss an action pursuant to Federal Rule of Civil Procedure 41(b) *sua sponte* for a plaintiff's failure to prosecute or comply with the rules of civil procedure or the court's orders); Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam) ("Failure to follow a district court's local rules is a proper ground for dismissal."); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992) ("Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court."); Thompson v. Housing Auth. of City of L.A., 782 F.2d 829, 831 (9th Cir. 1986) (per curiam) (stating that district courts have inherent power to control their dockets and may impose sanctions including dismissal).

1        Accordingly, IT IS HEREBY ORDERED that:

2        Along with the parties' joint status report, which must be filed no later than seven

3   days prior to the status (pretrial scheduling) conference currently set for December 1, 2011, all

4   parties must *also* file completed "Consent to / Decline of Jurisdiction of US Magistrate Judge"

5   forms.  (Dkt. No. 3 at 2-3.)  A party's failure to timely file completed "Consent to / Decline of

6   Jurisdiction of US Magistrate Judge" forms may subject that party to sanctions.

7        IT IS SO ORDERED.

8   DATED:  November 16, 2011

9

10                  _____

                          KENDALL J. NEWMAN

11                            UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26