IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDNA WAI,

      Plaintiff,                No. 2:11-cv-01782-GEB-KJN PS

      v.

DEVELOPMENTAL DISABILITIES
SERVICE ORGANIZATION, INC.; and
DOES 1-10, inclusive,

      Defendants.           ORDER REFERRING MATTER TO UNITED
                                       STATES DISTRICT JUDGE
_____/

        This matter proceeds before the undersigned magistrate judge because it initially appeared that the plaintiff in this matter was proceeding without counsel. See E. Dist. Local Rule 302(c)(21). On December 5, 2011, attorney Ed K. Bassey filed a Notice of Appearance on behalf of plaintiff Edna Wai. (Dkt. No. 9.) Because all parties in this action are now represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the United States District Judge assigned to this action. See E. Dist. Local Rule 302(c)(21).[1]

---

[1] Eastern District Local Rule 302(c)(21) provides: "In Sacramento, all actions in which all the plaintiffs or defendants are proceeding in propria persona, including dispositive and non-dispositive motions and matters. Actions initially assigned to a Magistrate Judge under this paragraph shall be referred back to the assigned Judge if a party appearing in propria persona is later represented by an attorney appearing in accordance with L.R. 180."

1

Accordingly, it is hereby ORDERED that:

1. This matter shall is referred to the assigned United States District Judge. E. Dist. Local Rule 302(c)(21).

2. All dates pending before the undersigned are vacated; and

3. Henceforth the caption on documents filed in this action shall be No. 2:11-cv-01782-GEB-KJN.

IT IS SO ORDERED.

DATED: December 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE