Ed K. Bassey (SBN: 146740)
Attorney at Law
309 South A Street
Oxnard, CA 93030
Telephone: (805) 487-8689
Facsimile: (805) 486-8868

Attorney for Plaintiff, EDNA WAI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EDNA WAI | Case No. 2:11-CV-1782-TLN-KJN |
|---|---|
| Plaintiff; | |
| v. | **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| DEVELOPMENTAL DISABILITY SERVICE ORGANIZATION, INC and Does 1-10, inclusive; | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD:

IT IS HEREBY requested by plaintiff attorney that this matter be dismissed with prejudice. Each party to this action shall bear its own fees and costs.

Order for Dismissal of Action - 1

**ORDER**

Good cause appearing: IT IS SO ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE

Dated: July 5, 2013

Troy L. Nunley
United States District Judge